IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHANIE PHILLIPS, *et al.* <br> *Plaintiffs* | : <br> : <br> : | CIVIL ACTION <br><br> NO. 12-3833 |
| v. | : <br> : | |
| GOLDSTEINS', ROSENBERGS', <br> RAPHAEL-SACHS, INC. <br> *Defendant* | : <br> : <br> : | |

# ORDER

**AND NOW**, this 10th day of December 2013, upon consideration of Defendant's motion for summary judgment, Plaintiffs' response thereto, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's motion for summary judgment is **GRANTED**.[1] Judgment is entered in favor of Defendant and against Plaintiffs. The Clerk of Court is directed to close this case for statistical purposes.

BY THE COURT:

NITZA I. QUIÑONES ALEJANDRO, J.

---

[1] By Order dated June 17, 2013 [ECF 19], the Honorable Michael M. Baylson informed the parties that the Court was converting Defendant's motion to dismiss Plaintiffs' amended complaint [ECF 18] into a motion for summary judgment and directed the parties to file supplemental briefs. The parties filed supplemental briefs in support of their respective positions. [ECF 20 and 21].